EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| In re:                                                                                                                         |                   |
|--------------------------------------------------------------------------------------------------------------------------------|-------------------|
| Receso administrativo del Programa de Educación Jurídica Continua del 28 de julio al 1 de agosto de 2025, y extensión de los términos | 2025 TSPR 70<br><br>216 DPR ___ |

Número del Caso:  EM-2025-0008

Fecha:  30 de junio de 2025

Materia: Receso administrativo del Programa de Educación Jurídica Continua del 28 de julio al 1 de agosto de 2025, y extensión de los términos.

Este documento está sujeto a los cambios y correcciones del proceso de compilación y publicación oficial de las decisiones del Tribunal Supremo. Su distribución electrónica se hace como un servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

*In re:*

Receso administrativo del
Programa de Educación Jurídica
Continua del 28 de julio al 1 de      EM-2025-08
agosto de 2025, y extensión de
los términos

RESOLUCIÓN

En San Juan, Puerto Rico, a 30 de junio de 2025.

Con el beneficio de la recomendación de la Directora Ejecutiva del Programa de Educación Jurídica Continua (Programa), Lcda. María Cecilia Molinelli González, la Jueza Presidenta Oronoz Rodríguez autorizó un receso administrativo del Programa.

El receso comprenderá desde el lunes 28 de julio, que es un día feriado, hasta el viernes 1 de agosto de 2025, estos inclusive. Las labores se reanudarán a partir del lunes 4 de agosto de 2025. Todo término dispuesto en el Reglamento del Programa de Educación Jurídica Continua que venza durante el referido receso administrativo se extenderá hasta el lunes 11 de agosto de 2025.

La extensión de término concedida en esta Resolución no aplicará a los periodos de cumplimiento de tres años que venzan entre estas fechas, según dispuesto en la Regla 29 del Reglamento del Programa.

Se ordena la difusión pública de esta Resolución.

Notifíquese esta Resolución al Programa de Educación Jurídica Continua y a la Oficina de Prensa para su oportuna difusión.

   Lo acordó el Tribunal y certifica el Secretario del Tribunal Supremo.


                              Javier O. Sepúlveda Rodríguez
                              Secretario del Tribunal Supremo